IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE NORTON,

    Plaintiff,                         No. CIV S-08-2725 EFB P

    vs.

DEUEL VOCATIONAL INSTITUTION, et al.,

    Defendants.                     ORDER

/

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted the required trust account statement.

////

1   Accordingly, plaintiff has 30 days from the date this order is served to submit the
2 required trust account statement. The Clerk of the Court is directed to mail to plaintiff a form
3 application for leave to proceed in forma pauperis. Failure to comply with this order will result
4 in this action being dismissed.
5   So ordered.
6 DATED: January 23, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE