1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIE NORTON,

11              Plaintiff,                        No. CIV S-08-2725 EFB P

12        vs.

13   DEUEL VOCATIONAL
     INSTITUTION, et al.,
14                                                ORDER
            Defendants.
15
     _____/
16

17        Plaintiff, a former prisoner without counsel, has filed a complaint alleging civil rights

18   violations.  *See* 42 U.S.C. §1983.

19        To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28

20   U.S.C. § 1914(a) or request leave to proceed *in forma pauperis*.

21        Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed

22   in forma pauperis.

23   ////

24   ////

25   ////

26   ////

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or a complete application required by § 1915(a). The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis by a non-prisoner. Failure to comply with this order may result in this action being dismissed.

So ordered.

DATED: March 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE