IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE NORTON, | | |
| | Plaintiff, | No. CIV S-08-2725 EFB P |
| vs. | | |
| DEUEL VOCATIONAL, INSTITUTE, et al., | | |
| | Defendants. | |
| _____/ | | |
| WILLIAM NORTON, | | |
| | Plaintiff, | No. CIV S-09-1597 MCE GGH P |
| vs. | | |
| DEUEL VOCATIONAL INSTITUTE, | | |
| | Defendant. | RELATED CASE ORDER |
| _____/ | | |

Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 83-123(a), E.D. Cal. (2008). The actions involve the same property, transaction or event and similar questions of fact and the same question of law. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial

1

1 effort and is also likely to be convenient for the parties.

2 The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

6 Therefore, IT IS ORDERED that the action denominated as CIV S-09-1597 MCE GGH, is reassigned to Magistrate Judge Brennan for all further pretrial and non-dispositive proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as No. CIV S-09-1597 MCE EFB P.

11 IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

13 DATED: September 2, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE